## SCHENCK *v.* LONG, SHERIFF.

From the Switzerland Circuit Court.

*S. Carter* and *W. R. Johnston*, for appellant.

*J. B. McCrellis*, for appellee.

HOWK, C. J.—The questions for decision, in this case, are substantially the same, and presented in the same manner, as those which were considered and decided by this court, at this term, in the case of *Schenck* v. *Long, ante,* p. 579. This case must be decided as that case was decided, for the reasons stated in the opinion in the latter case.

The judgment is reversed, at the appellee's costs, and the cause is remanded with instructions to overrule the demurrer to appellant's complaint, and for further proceedings.

## SWIGART *v.* THE STATE.

From the Henry Circuit Court.

*F. W. Fitzhugh* and *M. E. Forkner*, for appellant.

*T. W. Woollen*, Attorney General, and *J. M. Brown*, Prosecuting Attorney, for the State.

SCOTT, J.—This was an indictment for selling *one gill* of intoxicating liquor to a person under the age of twenty-one years.

The question involved is the same as that decided in the case of *Arbintrode* v. *The State, ante,* p. 267 ; and for the reasons there given, and on the authorities there cited, the judgment in this case must be reversed.

The judgment is reversed.

## DALE ET AL. *v.* THOMAS ET AL.

From the Fayette Circuit Court.

*W. C. Forrey, W. Morrow, N. Trusler* and —— *Henry*, for appellants.

*C. Roehl* and *J. C. McIntosh*, for appellees.

HOWK, C. J.—The questions for the decision of this court, in this case, are conceded by the counsel of the respective parties to be substantially the same as those which were fully considered and decided in the case of *Dale* v: *Thomas, ante,* p. 570, at the present term. Therefore this case must be decided as the case cited was decided.

The judgment is reversed, at the appellees' costs, and the cause is remanded, with instructions to overrule the appellees' demurrer to the appellants' amended complaint, and for further proceedings.